IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA Entertainment, Inc. et al., | No. C 06-05447 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| Persian News Network, Inc. et al., | |
| Defendants. | |

On June 21, 2007, the Court received a letter from *pro se* defendant Nasser Farrokh requesting that the Court "cancel and set aside the default that has been entered against" him and "accept and file" his answer to plaintiff's First Amended Complaint [Docket No. 65]. Default was entered by the Clerk of Court on June 19, 2007 [Docket No. 64]. The next day, Farrokh inquired with this Court's courtroom deputy as to the status of the default, and on the same day sent the instant letter to this Court via overnight courier. On the same day, Farrokh also filed his answer to the First Amended Complaint.

Given the promptness of his response and the fact that no administrative action other than entry of default by the clerk has been taken, IT IS HEREBY ORDERED THAT the Court construes Farrokh's letter as a motion to set aside entry of default and hereby GRANTS the motion. The Clerk of Court is directed to VACATE the default entered against defendant Farrokh. The Court further GRANTS Farrokh leave to file an answer to the complaint, and deems his June 20, 2007 answer [Docket No. 66] filed.

However, Farrokh is advised that this Court does not accept letters from parties. If Farrokh

1 wishes to represent himself and proceed *pro se* before this Court, he must submit proper briefing in
2 accordance with the Local Rules and Standing Orders of this Court, as well as generally comply
3 with the Federal Rules of Civil Procedure in order to have any further requests entertained by this
4 Court.

IT IS SO ORDERED.

Dated: 6/22/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NIMA ENTERTAINMENT INC., ET AL et al,

        Plaintiff,

v.

PERSIAN NEWS NETWORK, INC., ET AL et al,

        Defendant.

Case Number: CV06-05447 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mastaneh Khakpour
16661 Ventura Blvd., #313
Encino, CA 91436

Nasser Farrokh
6400 Canoga Ave.
Suite 355
Woodland Hills, CA 91367

Dated: June 26, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

3