IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA Entertainment, Inc. et al., | No. C 06-05447 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| Persian News Network, Inc. et al., | |
| Defendants. | |

The Court, having received notice of the filing of Chapter 7 Bankruptcy proceedings by defendants Chehreh Nama, Inc. [Docket No. 69], Mansour Bibiyan [Docket No. 70], and Sahar Bibiyan [Docket No. 71], which filings provide the protections of the automatic stay provisions of the Bankruptcy Code, 11 U.S.C. § 362(a), to defendants, hereby orders as follows:

IT IS HEREBY ORDERED that this action is stayed as to defendants Chehreh Nama, Inc., Mansour Bibiyan, and Sahar Bibiyan until further order of this Court. The action shall proceed as to the remaining defendants.

IT IS SO ORDERED.

Dated: 7/26/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NIMA ENTERTAINMENT INC., ET AL et al,

        Plaintiff,

v.

PERSIAN NEWS NETWORK, INC., ET AL et al,

        Defendant.

Case Number: CV06-05447 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mastaneh Khakpour
16661 Ventura Blvd., #313
Encino, CA 91436

Nasser Farrokh
6400 Canoga Ave.
Suite 355
Woodland Hills, CA 91367

Dated: July 27, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA Entertainment, Inc. et al., | No. C 06-05447 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| Persian News Network, Inc. et al., | |
| Defendants. | |

The Court, having received notice of the filing of Chapter 7 Bankruptcy proceedings by defendants Chehreh Nama, Inc. [Docket No. 69], Mansour Bibiyan [Docket No. 70], and Sahar Bibiyan [Docket No. 71], which filings provide the protections of the automatic stay provisions of the Bankruptcy Code, 11 U.S.C. § 362(a), to defendants, hereby orders as follows:

IT IS HEREBY ORDERED that this action is stayed as to defendants Chehreh Nama, Inc., Mansour Bibiyan, and Sahar Bibiyan until further order of this Court. The action shall proceed as to the remaining defendants.

IT IS SO ORDERED.

Dated: 7/26/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NIMA ENTERTAINMENT INC., ET AL et al,

        Plaintiff,

v.

PERSIAN NEWS NETWORK, INC., ET AL et al,

        Defendant.

Case Number: CV06-05447 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mastaneh Khakpour
16661 Ventura Blvd., #313
Encino, CA 91436

Nasser Farrokh
6400 Canoga Ave.
Suite 355
Woodland Hills, CA 91367

Dated: July 27, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2