Ali Kamarei, State Bar No. 175977
INHOUSE IP Counsel
280 Colorado Avenue
Palo Alto, CA. 94301
Telephone: (650) 322-7371
Facsimile: (650) 322-7389

Attorney for Plaintiffs NIMA ENTERTAINMENT INC. and MASOOD KALANTARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA ENTERTAINMENT INC., a California Corporation; MASOOD KALANTARI, an individual and a California Resident,<br><br>Plaintiffs,<br>vs.<br><br>PERSIAN NEWS NETWORK, INC., a California Corporation d/b/a PERSIAN NEWS NETWORK (PNN); NADER EGHTESAD an individual; CHEHREH NAMA, INC., a California Corporation; SAM R. SIAM a/k/a SAIED SIAM a/k/a RAHIM SIAM an individual; MANSOUR BIBIYAN an individual; IRAJ YADIDSION an individual; MONDANA YADIDSION an individual; HIRBOD TOURMINAYI an individual; MASTANEH KHAKPOUR, an individual, SAHAR BIBIYAN, an individual(originally DOE 1); VDO SYSTEMS, INC., a suspended California Corporation(originally DOE 2); NASSER FARROKH(originally DOE 3); YEKTAH MARKET, an unknown business entity, and Does 4-10,<br><br>Defendants. | No. C-06-05447 SBA<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE OF <u>ONLY</u> HIRBOD TOURMINAYI AND ~~XXXXXXXXX~~ ORDER THEREON**<br><br>COURTROOM: 3, Third Floor<br>JUDGE: Hon. Saundra B. Armstrong |

-1-
VOLUNTARY DISMISSAL WITH PREJUDICE OF <u>ONLY</u> HIRBOD TOURMINAYI AND PROPOSED ORDER THEREON

Pursuant to a settlement reached by Plaintiffs KALANTARI and NIMA TV and HIRBOD TOURMINAYI, Plaintiffs by their undersigned counsel of record, hereby voluntarily dismiss with prejudice, all causes of action against <u>only</u> Defendant HIRBOD TOURMINAYI.

Dated: July 23, 2007

Respectfully submitted,

_____
Ali Kamarei, Esq.
Counsel of Record for Plaintiffs

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 7/26/07

_____
United States District Court Judge
Honorable Sandra B. Armstrong

## PROOF OF SERVICE BY MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not party to the within cause; my business address is 280 Colorado Avenue, Palo Alto, CA 94301.

I have caused and hereby serve this:

## VOLUNTARY DISMISSAL WITH PREJUDICE OF ONLY HIRBOD TOURMINAYI AND PROPOSED ORDER THEREON

upon all parties in said cause by enclosing a true copy thereof in a sealed envelope. This envelope mailed via First Class Mail at Palo Alto, California with postage thereon fully paid to:

| Kamran Fattahi, Esq.<br>Law Offices of Kamran Fattahi<br>15303 Ventura Blvd., Suite 1400<br>Sherman Oaks, CA 91403 | Mastaneh Khakpour<br>16661 Ventura Blvd., #313<br>Encino, CA 91436 |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 23, 2007 at Palo Alto, California.

Mona Deldar

-2-

PROOF OF SERVICE CV-06-05447 SBA