UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA ENTERTAINMENT, INC., *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>PERSIAN NEWS NETWORK, INC., *et al.*, <br><br>　　　　Defendants. <br> _____/ | No. C-06-5447 SBA (EMC) <br><br> **ORDER DENYING DEFENDANTS' REQUEST TO CONTINUE SETTLEMENT CONFERENCE** <br><br> **(Docket Nos. 84, 94)** |

　　　By letter dated October 23, 2007 (*see* Docket No. 84), Defendants Persian News Network, Inc. and Nader Eghtesad ("PNN Defendants") requested to continue the Settlement Conference scheduled for November 19, 2007 at 10:00 a.m. Plaintiffs submitted their opposition on October 24, 2007 (*see* Docket No. 94).

　　　Having reviewed the parties' letter briefs and having considered the arguments of counsel during a Court-conducted conference call on October 29, 2007, the Court **DENIES** Defendants' request to continue the Settlement Conference scheduled on November 19, 2007.

///
///
///
///
///
///
///

Further, as instructed in the conference call, Plaintiffs are to provide discovery prior to November 12, 2007. Settlement Conference statements shall be lodged with Judge Chen's chambers by hard copy (and shall not be electronically filed) by 10:00 a.m. on Tuesday, November 13, 2007.

This order disposes of Docket Nos. 84 and 94.

IT IS SO ORDERED.

Dated: October 30, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge