IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA ENTERTAINMENT, INC., et al, | No. C 06-05447 SBA |
| Plaintiffs, | **ORDER**<br>[Docket No. 85, 89] |
| v. | |
| PERSIAN NEWS NETWORK, INC., et al, | |
| Defendants. | |

Currently pending before this Court is defendant Persian News Network, Inc's Motion to Extend the Pre-Trial and Trial Dates and for the Appointment of a Special Master [Docket No. 85] and Motion to Shorten Time to Consider their Motion to Extend the Pre-Trial and Trial Dates [Docket No. 89]. In its motion to extend the dates, Persian News Network argues that because plaintiffs have failed to timely produce certain pieces of evidence, all the trial and pre-trial dates in this case should be continued for approximately six months. However, while Persian News Network complains that it has been waiting 7 months for plaintiffs' discovery responses, Persian News Network has not filed any motions to compel discovery.

The proper remedy for a party's refusal to produce documents is a motion to compel, not a motion to continue the trial and all related dates. Accordingly, Persian News Networks' request to continue various dates is DENIED without prejudice. Additionally, Persian News Networks provides no authority for the appropriateness of appointing of a Special Master in this matter, and accordingly

that motion is DENIED. However, IT IS HEREBY ORDERED that this action is referred to Chief Magistrate Judge James Larson for assignment to a Magistrate Judge for resolution of all discovery related matters pursuant to Civil Local Rule 72-1. Defendants may reurge their request for Appointment of a Special Master before the magistrate judge if appropriate.

The Motion to Shorten Time to Consider their Motion to Extend the Pre-Trial and Trial Dates [Docket No. 89] is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: 10/30/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

2