UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA ENTERTAINMENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERSIAN NEWS NETWORK, INC., *et al.*, <br><br> Defendants. <br> _____/ | No. C-06-5447 SBA (EMC) <br><br> **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 3, 2008, at 10:00 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Defendant NASSER FARROKH shall appear via telephone and be available on telephone standby for the duration of the Further Settlement Conference commencing at 10:00 a.m. on January 3, 2008.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

///

1    The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at
2 (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

4    IT IS SO ORDERED.

6 Dated: November 21, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge