1  Ali Kamarei, State Bar No. 175977
   INHOUSE IP Counsel
2  280 Colorado Avenue
   Palo Alto, CA. 94301
3  Telephone: (650) 322-7371
   Facsimile: (650) 322-7389
4
5  Attorney for Plaintiffs NIMA ENTERTAINMENT INC. and MASOOD KALANTARI

6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8

9   NIMA ENTERTAINMENT INC., a California      )
    Corporation; MASOOD KALANTARI, an          ) No. C-06-05447 SBA
10  individual and a California Resident,      )
                                               )
11                                             )
            Plaintiffs,                        ) VOLUNTARY DISMISSAL WITH
12                                             ) PREJUDICE OF <u>ONLY</u>
        vs.                                    ) MASTANEH KHAKPOUR AND
13                                             ) [PROPOSED] ORDER THEREON
    PERSIAN NEWS NETWORK, INC., a              )
14  California Corporation d/b/a PERSIAN NEWS  )
15  NETWORK (PNN); NADER EGHTESAD an           )
    individual; CHEHREH NAMA, INC., a          ) COURTROOM: 3, Third Floor
16  California Corporation; SAM R. SIAM a/k/a  ) JUDGE: Hon. Saundra B. Armstrong
17  SAIED SIAM a/k/a RAHIM SIAM an             )
    individual; MANSOUR BIBIYAN an individual; )
18  IRAJ YADIDSION an individual; MONDANA      )
19  YADIDSION an individual; HIRBOD            )
20  TOURMINAYI an individual; MASTANEH         )
    KHAKPOUR, an individual, SAHAR BIBIYAN,    )
21  an individual(originally DOE 1); VDO       )
22  SYSTEMS, INC., a suspended California      )
    Corporation(originally DOE 2); NASSER      )
23  FARROKH(originally DOE 3); YEKTAH          )
24  MARKET, an unknown business entity, and    )
25  Does 4-10,                                 )
            Defendants.                        )
26                                             )
27  ─────────────────────────────────────
28
                                        -1-
    VOLUNTARY DISMISSAL WITH PREJUDICE OF <u>ONLY</u> MASTANEH KHAKPOUR AND [PROPOSED] ORDER THEREON

Pursuant to a settlement reached by Plaintiffs NIMA ENTERTAINMENT INC. and MASOOD KALANTARI and MASTANEH KHAKPOUR through their attorney of record, Plaintiffs by their undersigned counsel of record, hereby voluntarily dismiss with prejudice, all causes of action against only Defendant MASTANEH KHAKPOUR.

Respectfully Submitted

Dated: January 4, 2008

_____
Ali Kamarei, Esq.
Counsel of Record for Plaintiffs NIMA ENTERTAINMENT INC. and MASOOD KALANTARI

Dated: January 10, 2008

_____
Mastaneh Kahkpour
Defendant pro per

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 1/18/08

_____
United States District Court Judge
Honorable Sandra B. Armstrong

-2-
VOLUNTARY DISMISSAL WITH PREJUDICE OF ONLY MASTANEH KHAKPOUR AND [PROPOSED] ORDER THEREON

## PROOF OF SERVICE BY MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not party to the within cause; my business address is 280 Colorado Avenue, Palo Alto, CA 94301.

I have caused and hereby serve this:

**VOLUNTARY DISMISSAL WITH PREJUDICE OF ONLY MASTANEH KHAKPOUR AND [PROPOSED] ORDER THEREON**

upon all parties in said cause by enclosing a true copy thereof in a sealed envelope. This envelope mailed via First Class Mail at Palo Alto, California with postage thereon fully paid to:

| | |
|---|---|
| Nasser Farrokh<br>6400 Canoga Ave., Ste. #355<br>Woodland Hills, CA 91367 | Mastaneh Khakpour<br>5400 New Castle Avenue, No. 67<br>Encino, Ca. 91316 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 17, 2008 at Palo Alto, California.

Mona Deldar