THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA Entertainment Inc. et al., | Case No. 06-05447 SBA |
|     Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| Persian News Network, Inc. et al., | |
|     Defendants. | |

The parties have failed to appear for the pretrial conference set for June 10, 2008 and have therefore failed to comply with this Court's July 27, 2007 Order [Docket No. 79].

Accordingly, it is ORDERED that:

(1)    The trial date and all pretrial dates are hereby VACATED.

(2)    Plaintiffs and/or Plaintiffs' counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **July 9, 2008 at 4:00 p.m.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute and failure to comply with this Court's order.

(3)    At least ten days prior to the above hearing, Plaintiffs or Plaintiffs' counsel of record, must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

(4)    Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel. Failure to fully comply with this Order will be

1  deemed sufficient grounds to dismiss the case.

3  IT IS SO ORDERED.

5  Dated:  6/19/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2