THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA Entertainment Inc. et al., | Case No. 06-05447 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| Persian News Network, Inc. et al., | |
| Defendants. | |

Because the parties failed to appear for the pretrial conference set for June 10, 2008 and therefore failed to comply with this Court's July 27, 2007 Order [Docket No. 79], on June 23, 2008, the Court ordered plaintiff to appear on July 9, 2008 and show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute [Docket No. 108].

Plaintiff failed to file a Certificate of Counsel as required by the Order to Show Cause prior to the hearing, and failed to appear on July 9, 2008 for the hearing [Docket No. 109]. Accordingly, this action is DISMISSED without prejudice for failure to prosecute. The Clerk of Court is directed to CLOSE the case file and any pending matters related to it. All matters calendared in this matter and all related matters are VACATED.

IT IS SO ORDERED.

Dated: 9/2/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge